IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE



| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 16-cr-15 |
| V. | |
| MALIK NASIR. | Leonard P. Stark, Chief Judge |

## NOTICE OF APPEAL

NOW COMES, Malik Nasir, pro se, and gives notice of his intent to appeal the sentence imposed by this Court on August 24, 2018. Mr. Nasir intends to appeal all aspects of said sentence including, but not limited to, all pre-trial and trial rulings as well as matters relating to sufficiency of evidence. Mr. Nasir appeals said judgment to the United States Court of Appeals for the Third Circuit.

This notice is presented pro se on grounds that Mr. Nasir's court-appointed attorney was granted permission to withdraw at said sentencing hearing on August 24th. Mr. Nasir also intends to request appointment of new appellate counsel based in part on the withdrawal of prior counsel. Mr. Nasir requests the court of appeals to appoint the new appellate counsel and that said counsel be open to maintaining email and telephone communication with his/her client throughout the appellate process.

Mr. Nasir requests this Court to excuse the fact he has not attached the Court's sentencing ORDER to this document on grounds that he has not yet obtained a copy of said ORDER.

Respectfully submitted,

DATE: August 28, 2018

Malik Nasir

Malik Nasir #33547-183
Federal Detention Center- Philadelphia
P.O. Box 562
Philadelphia, Pa 19105

FILED
AUG 29 2018
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

<>33547-183<>
Clerk U S District Ct
Federal Building
844 N KING ST
4th Floor
Wilmington, DE 19801-3519
United States

PHILADELPHIA PA 190
27 AUG 2018 PM 5 L

19801-35709

U.S.M.S
X-RAY